No. 63045.—Criterion Bead & Novelty Corp. *v.* United States, protest 58/12609 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63046.—Bernard Preyer Company *v.* United States, protest 58/12628 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63047.—Danland Seafood Corporation *v.* United States, protest 58/13008 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63048.—The Gren Trading Corp. *v.* United States, protest 58/13221 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63049.—J. J. Hayes Company *v.* United States, protests 58/13353 and 58/13354 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

No. 63050.—International Packers, Ltd. *v.* United States, protest 285801–K (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material aspects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiff was sustained.